UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

March 8, 2016

MEMO TO COUNSEL RE:  Gilead Sciences, Inc., et al. v. Lupin
Pharmaceuticals, Inc., et al.
Civil No. JFM-15-1956

Dear Counsel:

I have reviewed the memoranda submitted in connection with defendant's motion to compel.

The motion (document 54) is granted. I am satisfied that Dr. Bischoberger should be deposed because he has personal knowledge of the matters about which he is to be deposed. If defendants believe that the deposition will last much longer than one hour, I ask them to so notify me so that I can set a maximum length for the deposition.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/S/

J. Frederick Motz
United States District Judge